**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **LIBERTI VANDIEST,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 2:24-cv-02199-JAR-TJJ |
| | ) |
| **EQUIFAX INFORMATION SERVICES LLC,** | ) |
| **and NCB MANAGEMENT SERVICES, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ENTRY OF APPEARANCE

Phillip J. R. Zeeck, of the law firm of Polsinelli PC, hereby enters his appearance on behalf of Defendant Equifax Information Services LLC.

Respectfully submitted,

POLSINELLI PC

 */s/ Phillip J. R. Zeeck*
Phillip J. R. Zeeck           D. Kan. #78493
MacGregor Greenlee       D. Kan. #79144
900 W. 48th Place, Suite 900
Kansas City, MO  64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
pzeeck@polsinelli.com
mgreenlee@polsinelli.com

**ATTORNEYS FOR DEFENDANT**
**EQUIFAX INFORMATION SERVICES LLC**

95199181.1

2

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 24th day of May, 2024.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

  Andrew M. Esselman
  Credit Law Center, LLC
  4041 NE Lakewood Way, Suite 140
  Lee's Summit, MO 64064
  andrewe@creditlawcenter.com

  **Attorneys for Plaintiff**

               */s/ Phillip J. R. Zeeck*
               Attorney for Defendant
               Equifax Information Services LLC