**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **LIBERTI VANDIEST,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 2:24-cv-02199-JAR-TJJ** |
| | § | |
| **EQUIFAX INFORMATION SERVICES,** | § | |
| **LLC and NCB MANAGEMENT** | § | |
| **SERVICES, INC.** | § | |
| | § | |
| **Defendants.** | § | |

### DEFENDANT, NCB MANAGEMENT SERVICES, INC.'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, NCB Management Services, Inc. ("NCB"), through Counsel and pursuant to the Federal Rules of Civil Procedure, hereby requests this Court enter an Order granting NCB an extension of time to respond to the Complaint filed by Plaintiff, Liberti Vandiest ("Plaintiff") and states:

1.      Plaintiff served NCB with a Summons and a copy of her Complaint on May 16, 2024, and the deadline for NCB to file responsive pleadings to the Complaint was June 6, 2024.

2.      Good cause exists for an extension because NCB only recently retained counsel, is in the process of reviewing the file and preparing an appropriate response, and is exploring the potential for early resolution with Plaintiff's Counsel. NCB requests this extension so that it has additional time to complete its investigation and properly respond to the Complaint.

3.      NCB's Counsel has conferred by email and telephone with Plaintiff's Counsel, Andrew M. Esselman, who has indicated Plaintiff does not oppose an extension of time until July 22, 2024 for NCB to respond to the Complaint.

4.      This extension is being requested so that justice can be done and not in any way for the purpose of delay. Granting the relief sought in this motion would not prejudice any party and will save time and costs of the Court and the parties.

WHEREFORE, Defendant, NCB Management Services, Inc., respectfully requests the Court to grant this Unopposed Motion for Extension of Time to File a Response to the Complaint, and any such other further relief that this Court deems just and proper.

Respectfully Submitted,

/s/ *Paul M. Croker*
Paul M. Croker # 57000
Katherine E. Horn # 79168
ARMSTRONG TEASDALE, LLP
2345 Grand Blvd., Suite 1500
Kansas City, Missouri 64108-2617
Telephone: (816) 221-3420
Facsimile: (816) 221- 0786
Email: pcroker@atllp.com
Email: khorn@atllp.com

*Attorneys for Defendant,*
*NCB Management Services, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2024, a copy of the foregoing was electronically filed with the Clerk of the Court, United States District Court for the District of Kansas and served on all parties and counsel of record via CM/ECF.

<u>/s/ *Paul M. Croker*</u>
Paul M. Croker